for failure to prosecute in accordance with the rules.

Barbara DAVIS, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent– Appellee.

No. 2012–7031.

United States Court of Appeals, Federal Circuit.

March 7, 2012.

Barbara Davis, Evanston, IL, pro se.

Christopher A. Bowen, Department of Justice, Washington, DC, for Respondent– Appellee.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be. and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.